

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4043
EMAIL ADDRESS: ORLA.MCCABE@JACKSONLEWIS.COM

April 27, 2016

**VIA ECF**

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

           Re:  *Joyner et al. v. Aaron's Inc. et al.*
              **Case No.: 15-cv-05555-WFK-VMS**

Dear Judge Scanlon:

   This Firm represents Aaron's, Inc. in connection with the above-referenced matter. We write, jointly on behalf of the Parties, to provide a status report to Your Honor. The Parties have reached a settlement and are currently negotiating the terms of the settlement agreement. We anticipate that the Stipulation and Order of Dismissal will be filed on or before May 20, 2016.

   Thank you for your consideration of these matters.

                 Respectfully submitted,

                 JACKSON LEWIS P.C.

                 Orla J. McCabe

cc:  Bryan Konoski, Esq. (via ECF)
    Adriana Midence, Esq. (via ECF)